POSTELL v. B&D CONSTRUCTION CO.

No. 50P92

Case below: 105 N.C.App. 1

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.

POWELL v. POWELL

No. 559P91

Case below: 104 N.C.App. 554

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.

POWERS v. PARISHER

No. 544P91

Case below: 104 N.C.App. 400

Notice of appeal by defendant pursuant to G.S. 7A-30 dismissed 21 April 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.

SEBRELL v. CARTER

No. 97P92

Case below: 105 N.C.App. 322

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.

SEVERANCE v. FORD MOTOR CO.

No. 55P92

Case below: 105 N.C.App. 98

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.